No. 322. KAROS *v.* SACHS. January 28, 1946. Petition for writ of certiorari to the Supreme Court of Michigan denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. Wm. Henry Gallagher* for petitioner.

No. 524. SHAMOS *v.* NEW YORK. January 28, 1946. Petition for writ of certiorari to the Court of Appeals of New York denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. Alvin C. Cass* for petitioner. *Mr. Whitman Knapp* for respondent.

No. 617. INDIANAPOLIS GLOVE Co. *v.* BOWLES, PRICE ADMINISTRATOR. January 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Messrs. William H. Thompson, Perry E. O'Neal* and *Patrick J. Smith* for petitioner. *Solicitor General McGrath* and *Mr. David London* for respondent.

No. 618. GOOD LUCK GLOVE Co. *v.* BOWLES, PRICE ADMINISTRATOR. January 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Messrs. Charles E. Feirich* and *Fletcher Lewis* for petitioner. *Solicitor General McGrath* and *Mr. David London* for respondent.